IN RE: Private Criminal Complaint of Eric G. MARTTILA

Petition of: Eric G. Marttila

No. 76 MAL 2017

Supreme Court of Pennsylvania.

July 5, 2017

### ORDER

PER CURIAM

AND NOW, this 5th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Lee A. HARRIS, Petitioner

No. 88 WAL 2017

Supreme Court of Pennsylvania.

July 5, 2017

### ORDER

PER CURIAM

AND NOW, this 5th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.

SUNRISE ENERGY, LLC, Respondent

v.

FIRSTENERGY CORP. and West Penn Power Company, Petitioners

No. 25 WAL 2017

Supreme Court of Pennsylvania.

July 5, 2017

### ORDER

PER CURIAM

AND NOW, this 5th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.